RECEIVED
OCT - 2 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NERVIN EUCLIDES CORONADO<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-0918-P |
| VERSUS | JUDGE DRELL |
| US ATTY. GENERAL, *ET AL*,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 12) is GRANTED and Coronado's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED for lack of subject matter jurisdiction, WITH PREJUDICE as to the jurisdictional issue and WITHOUT PREJUDICE as to the merits of Coronado's claim.

SIGNED this 2ND day of October 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT